UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID PALES,                    )
                                )
        Plaintiff               )
                                )
    v.                          )   Civil Action No. _____
                                )
UNUMPROVIDENT CORPORATION,      )
                                )
        Defendant               )

05 11556 WGY

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the

District of Massachusetts the below-named attorney enters an appearance as counsel for

Defendant UnumProvident Corporation:

> John J. Aromando
> Pierce Atwood LLP
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

DATED: July 22, 2005

                                John J. Aromando
                                BBO #545648

> Pierce Atwood LLP
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

> *Attorneys for Defendant*
> *UnumProvident Corporation*

{W0373341.1}