UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PALES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| UNUMPROVIDENT CORPORATION, | ) |
| | ) |
| Defendant | ) |

05 11556 WGY

**DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT**

UnumProvident Corporation has issued shares to the public.

DATED: July 22, 2005

                                                                  _____
                                                                  John J. Aromando, BBO #545648

Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant
UnumProvident Corporation*

{W0373341.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleadings were served upon counsel for Plaintiff, via overnight mail, addressed as follows:

> Todd D. Beauregard, Esq.
> Palma Law Offices PC
> 46 Merrimack Street, Suite 330
> Lowell, MA 01852

DATED: July 22, 2005

_____
John J. Aromando

{W0373341.1}