UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PALES, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 05-cv-11556 |
| v. ) | |
| ) | |
| UNUMPROVIDENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF GERALDINE G. SANCHEZ
FOR ADMISSION *PRO HAC VICE* IN THE
<u>U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1)     I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2)     My office address, telephone number and e-mail address are: Pierce Atwood LLP, One Monument Square, Portland, ME  04101 (207-791-1100); gsanchez@pierceatwood.com.

(3)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

{W0373428 1}

(4)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *David Pales v. UnumProvident Corporation*.

Sworn to this date under penalties of perjury.

DATED: July 27, 2005

Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
gsanchez@pierceatwood.com

*Attorneys for Defendant*

{W0373428.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

> Todd D. Beauregard, Esq.
> Palma Law Offices PC
> 46 Merrimack Street, Suite 330
> Lowell, MA 01852

DATED: July 27, 2005

_____
John J. Aromando, BBO #545648

{W0373428.1}