UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PALES, <br><br> Plaintiff <br><br> v. <br><br> UNUMPROVIDENT CORPORATION, <br><br> Defendant | ) <br> ) <br> ) <br> ) Civil Action No. 05-cv-11556 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S STATEMENT REGARDING PRETRIAL MATTERS**

Pursuant to Local Rule 16.1, Defendant UnumProvident Corporation files this Statement Regarding Pretrial Matters. Although Plaintiff has agreed to bring claims under ERISA, he has not yet amended the Complaint. In anticipation of the filing of the Amended Complaint per agreement of counsel, Defendant submits the following pretrial statement which comports with First Circuit precedent regarding the limitation of discovery in ERISA cases.

**Proposed Discovery Plan and Schedule for Motions**

a. Defendant agrees to provide Plaintiff with a complete copy of the Proposed Record for Judicial Review by **October 18, 2005**.

b. Motions to join additional parties and to amend the pleadings must be filed by **November 18, 2005**.

c. Upon receiving the Proposed Record, Plaintiff shall review the documents submitted as part of the record and identify those documents containing information that must

{W0398656.1}

be redacted or filed under seal pursuant to Rule 5.3 of this Court's Rules (amendment effective May 6, 2003). Plaintiff shall bear sole responsibility for identifying information that must be redacted or filed under seal pursuant to Rule 5.3. Plaintiff shall notify Defendant's counsel in writing by **November 2, 2005** providing a list of all information he seeks to redact, or file under seal pursuant to Local Rule 5.3. If the Defendant objects to the redaction or filing under seal of any of the information Plaintiff proposes to redact or file under seal, the parties shall confer in an attempt to resolve those issues. If the issues cannot be resolved, either party may file a motion on or before **December 2, 2005** with the Court seeking a ruling on any such issue. Alternatively, either party may file a motion to seal the entire Record for Judicial Review, on or before **December 2, 2005**.

d. If the Plaintiff claims that any of the record is incomplete or inaccurate in any way, he must notify Defendant's counsel in writing of the same by **November 2, 2005**. If the Plaintiff does not provide such notice by **November 2, 2005**, then Defendant shall file with the Court each of the documents served on Plaintiff entitled as "Agreed to Record for Judicial Review." If Plaintiff does provide such notice, then the parties must then confer in an attempt to ascertain an Agreed To Record for Judicial Review by **November 16, 2005**. If the parties come to an agreement, they are to immediately file an "Agreed To Record For Judicial Review." To the extent the parties disagree concerning the proper contents of the record for judicial review, Plaintiff shall file a motion concerning any additional material he seeks to have added to the record for judicial review by **December 2, 2005**. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

{W0398656.1}

e. If any party proposes that it is entitled to any discovery, to constitute or supplement the Record For Judicial Review, it must file with the Court a motion showing good cause for the party's entitlement to such discovery. Any motions seeking leave to conduct discovery must be filed by **December 15, 2005** with a copy of the proposed discovery request attached thereto. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

f. Any party filing a Motion for Judgment on Stipulated Record shall do so two months after the Court rules on any outstanding motions regarding the scope of the administrative record or discovery.

g. Any party filing an Opposition to a Motion for Judgment on Stipulated Record shall do so thirty days (30 days) following receipt of the Motion for Summary Judgment.

### Trial by Magistrate

Defendant does not wish to seek trial before a Magistrate Judge.

### Certification Pursuant to LR, D.Mass.16.1

Defendant's certifications will be filed under separate cover.

DATED: October 7, 2005

					/s/ Geraldine G. Sanchez
					Geraldine G. Sanchez
					Admitted *Pro Hac Vice*
					PERCE ATWOOD LLP
					One Monument Square
					Portland, ME 04101
					(207) 791-1100
					gsanchez@pierceatwood.com

					*Attorney for Defendant*

{W0398656.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Statement Regarding Pretrial Matters was served upon counsel for Plaintiff, via overnight mail, addressed as follows:

>Todd D. Beauregard, Esq.
>Palma Law Offices PC
>46 Merrimack Street, Suite 330
>Lowell, MA 01852

DATED:   October 7, 2005

_____
John J. Aromando

{W0398656.1}                                  4