UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PALES, )<br>)<br>    Plaintiff )<br>) Civil Action No. 05-cv-11556<br>v. )<br>)<br>UNUMPROVIDENT )<br>CORPORATION, )<br>)<br>    Defendant ) | |

**DEFENDANT UNUMPROVIDENT CORPORATION'S**
**CERTIFICATION OF CONFERENCE**

The undersigned certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

DATED: October 7, 2005

_____
Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
gsanchez@pierceatwood.com

*Attorneys for Defendant*

{W0394412.1}

DATED: 10/7/2005

                                                           */s/ Matthew J. Monaghan*
                                                           Matthew J. Monaghan
                                                           Assistant Vice President & Sr. Counsel
                                                           UnumProvident Corporation
                                                           2211 Congress Street
                                                           Portland, ME 04122

{W0394412.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certification of Conference was served upon counsel for Plaintiff, via First Class Mail, addressed as follows:

>Todd D. Beauregard, Esq.
>Palma Law Offices PC
>46 Merrimack Street, Suite 330
>Lowell, MA  01852

DATED:   October 7, 2005

_____
Geraldine G. Sanchez