UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PALES, )<br>)<br>    Plaintiff )<br>) | Civil Action No. 05-cv-11556 |
|     v. )<br>)<br>UNUMPROVIDENT )<br>CORPORATION, )<br>)<br>    Defendant ) | |

### JOINT STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, Defendant UnumProvident Corporation and Plaintiff David Pales file this Joint Statement Regarding Pretrial Matters.

### Proposed Discovery Plan and Schedule for Motions

a. Defendant agrees to provide Plaintiff with a complete copy of the Proposed Record for Judicial Review by **October 18, 2005**.

b. Motions to join additional parties and to amend the pleadings must be filed by **November 15, 2005**.

c. Upon receiving the Proposed Record, Plaintiff shall review the documents submitted as part of the record and identify those documents containing information that must be redacted or filed under seal pursuant to Rule 5.3 of this Court's Rules (amendment effective May 6, 2003). Plaintiff shall bear sole responsibility for identifying information that must be redacted or filed under seal pursuant to Rule 5.3. Plaintiff shall notify Defendant's counsel in writing by **November 30, 2005** providing a list of all information he seeks to redact, or file under seal pursuant to Local Rule 5.3. If the Defendant objects to the redaction or filing under seal of any of the information

{W0398656.1}

Plaintiff proposes to redact or file under seal, the parties shall confer in an attempt to resolve those issues. If the issues cannot be resolved, either party may file a motion on or before **December 30, 2005** with the Court seeking a ruling on any such issue. Alternatively, either party may file a motion to seal the entire Record for Judicial Review, on or before **December 30, 2005**.

d. If the Plaintiff claims that any of the record is incomplete or inaccurate in any way, he shall notify Defendant's counsel in writing of the same by **November 30, 2005**. If the Plaintiff does not provide such notice by **November 30, 2005**, then Defendant shall file with the Court each of the documents served on Plaintiff entitled as "Agreed to Record for Judicial Review." If Plaintiff does provide such notice, then the parties must then confer in an attempt to ascertain an Agreed To Record for Judicial Review by **December 30, 2005**. If the parties come to an agreement, they are to immediately file an "Agreed To Record For Judicial Review." To the extent the parties disagree concerning the proper contents of the record for judicial review, Plaintiff may file a motion concerning any additional material he seeks to have added to the record for judicial review by **December 30, 2005**. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

e. If any party proposes that it is entitled to any discovery, to constitute or supplement the Record For Judicial Review, it must file with the Court a motion showing good cause for the party's entitlement to such discovery. Any motions seeking leave to conduct discovery must be filed by **January 20, 2006,** with a copy of the proposed discovery request attached thereto. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

f.  The Parties will go to mediation on the case by no later than **January 31, 2006**.

g.  Any party filing a Motion for Judgment on Stipulated Record shall do so two months after the Court rules on any outstanding motions regarding the scope of the administrative record or discovery.

h.  Any party filing an Opposition to a Motion for Judgment on Stipulated Record shall do so thirty days (30 days) following receipt of the Motion for Summary Judgment.

i.  The case will be ready for final disposition by no later than **April 30, 2006**.

### Trial by Magistrate

The parties does not wish to seek trial before a Magistrate Judge.

### Certification Pursuant to LR, D.Mass. 16.1

The parties' certifications have been filed under separate cover.

DATE:  October 28, 2005

/s/ Todd D. Beauregard
Todd D. Beauregard, BBO #630650
Palma Law Offices PC
46 Merrimack Street, Suite 330
Lowell, MA  01852
(978) 970-2211
palmalawoffices@juno.com
*Attorney for Plaintiff*

/s/ Geraldine G. Sanchez
Geraldine G. Sanchez
Admitted *Pro Hac Vice*
John J. Aromando, BBO #545648
PERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
gsanchez@pierceatwood.com
*Attorney for Defendant*