UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| David Pales<br><br>Plaintiff<br><br>v.<br><br>UnumProvident Corporation<br>Defendant | Civil Action<br>No: 05cv11556-WGY |

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

    The Court having been advised on  that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

    By the Court,

    /s/Matthew A. Paine

    _____
    **Deputy Clerk**

**February 22, 2006**

**To: All Counsel**